100 A.3d 571

### In re PHILADELPHIA COUNTY TWENTY-SIXTH ADDITIONAL INVESTIGATING GRAND JURY, NOTICE C-1.

Petition of Richard Basciano, 2100 West Market Street Corp., 2132 West Market Realty Corp., STB Investments Corp., and Richard Sprague, On Behalf of Himself And Sprague & Sprague.

#### No. 93 EM 2014.

Supreme Court of Pennsylvania.

Sept. 17, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of September, 2014, the Application for Leave to File Reply Brief is **GRANTED,** the Application for Relief Pursuant to 42 Pa.C.S. § 722(5) and Pa.R.A.P. 3331(a), or, in the Alternative, an Application for Extraordinary Relief, and for a Stay of Proceedings is **DENIED,** and the Application to Join the Application is **DISMISSED AS MOOT.**